**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of __Minnesota__
                            (State)

Case number (If known): _____   Chapter __11__

☐ Check if this is an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy      04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. Debtor's name | Midwest Asphalt Corporation | |
| 2. All other names debtor used in the last 8 years | None | |
| | Include any assumed names, trade names, and *doing business as* names | |
| 3. Debtor's federal Employer Identification Number (EIN) | 4 1 - 0 9 4 3 7 8 5 | |

4. Debtor's address

**Principal place of business**

P.O. Box 5477
Number   Street

Hopkins        MN      55343
City           State   ZIP Code

Hennepin
County

**Mailing address, if different from principal place of business**

_____
Number   Street

_____
P.O. Box

_____
City           State   ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number   Street

_____
City           State   ZIP Code

5. Debtor's website (URL)    www.midwestasphalt.net

6. Type of debtor

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor  **Midwest Asphalt Corporation**  Case number (*if known*) _____
      <sub>Name</sub>

7. **Describe debtor's business**

    A. *Check one:*

    ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
    ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
    ☐ Railroad (as defined in 11 U.S.C. § 101(44))
    ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
    ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
    ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
    ☒ None of the above

    B. *Check all that apply:*

    ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
    ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
    ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

    C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

    ___ ___ ___ ___

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

    *Check one:*

    ☐ Chapter 7
    ☐ Chapter 9
    ☒ Chapter 11. *Check all that apply*:

        ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

        ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

        ☐ A plan is being filed with this petition.

        ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

        ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

        ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

    ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

    If more than 2 cases, attach a separate list.

    ☒ No
    ☐ Yes. District _____ When ___/___/_____ Case number _____
                                                       MM / DD / YYYY
            District _____ When ___/___/_____ Case number _____
                                                       MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ☒ No
    ☐ Yes. Debtor _____ Relationship _____
           District _____ When ___/___/_____
                                                       MM / DD / YYYY
           Case number, if known _____

Debtor   Midwest Asphalt Corporation                              Case number (if known) _____
         Name

**11. Why is the case filed in *this district*?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property? _____
                        Number    Street

_____
City                                    State    ZIP Code

Is the property insured?

☐ No
☐ Yes. Insurance agency _____
       Contact name _____
       Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
☒ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☒ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Debtor  **Midwest Asphalt Corporation**
Name

Case number (if known) _____

**16. Estimated liabilities**
- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☒ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  01/12/2017
MM / DD / YYYY

X  /e/ Blair Bury
Signature of authorized representative of debtor

/e/ Blair Bury
Printed name

Title  President

**18. Signature of attorney**

X  /e/ Thomas J. Flynn
Signature of attorney for debtor

Date  01/12/2017
MM / DD / YYYY

Thomas J. Flynn, Esq.
Printed name

Larkin Hoffman
Firm name

8300 Norman Center Drive, Suite 1000
Number  Street

Minneapolis
City

MN
State

55437-1060
ZIP Code

(952) 896-3362
Contact phone

tflynn@larkinhoffman.com
Email address

#30570
Bar number

MN
State

Official Form 201  Voluntary Petition for Non-Individuals Filing for Bankruptcy  page 4

Fill in this information to identify the case:

Debtor name: **Midwest Asphalt Corporation**
United States Bankruptcy Court for the: **DISTRICT OF MINNESOTA**
Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                  12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Commercial Asphalt Corporation<br>P.O. Box 1480<br>Osseo, MN 55311-6480 | | | | $2,713,580.16 | $0.00 | $2,713,580.16 |
| Dehn Oil<br>6735 141st Avenue NW<br>Ramsey, MN 55303 | | | | $312,575.43 | $0.00 | $312,575.43 |
| Cat Financial Commercial<br>P.O. Box 978595<br>Dallas, TX 75397 | | | | $142,624.97 | $0.00 | $142,624.97 |
| Twin City Outdoor Services<br>14430 21st Avenue N.<br>Plymouth, MN 55447 | | | | $112,183.92 | $0.00 | $112,183.92 |
| Ziegler, Inc.<br>P.O. Box 86<br>SDS 12-0436<br>Minneapolis, MN 55486 | | | | $111,384.18 | $0.00 | $111,384.18 |
| BMO Harris Bank NA<br>P.O. Box 3052<br>Milwaukee, WI 53201 | | | | $100,464.53 | $0.00 | $100,464.53 |
| Huhn Trucking, Inc.<br>P.O. Box 301<br>Buffalo, MN 55313 | | | | $81,121.70 | $0.00 | $81,121.70 |
| Kraus Anderson Capital, Inc.<br>523 South Eighth Street, #523<br>Minneapolis, MN 55404 | | | | $75,167.79 | $0.00 | $75,167.79 |

Debtor  **Midwest Asphalt Corporation**        Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Kusske Construction Co., LLC<br>424 Chestnut Street<br>Chaska, MN 55318 | | | | $74,356.75 | $0.00 | $74,356.75 |
| WM Mueller & Sons, Inc.<br>P.O. Box 247<br>Hamburg, MN 55339 | | | | $74,017.28 | $0.00 | $74,017.28 |
| Creative Curb Contractors<br>64358 375th Street<br>Watkins, MN 55389 | | | | $71,747.29 | $0.00 | $71,747.29 |
| Lano Equipment Inc.<br>6140 Highway 10 NW<br>`<br>Anoka, MN 55303 | | | | $68,780.54 | $0.00 | $68,780.54 |
| Road Machinery & Supplies<br>P.O. Box 86<br>Minneapolis, MN 55486 | | | | $65,389.40 | $0.00 | $65,389.40 |
| Union Leasing, Inc.<br>P.O. Box 75850<br>Chicago, IL 60675 | | | | $62,380.15 | $0.00 | $62,380.15 |
| North Country Concrete Inc.<br>23035 Ulysses Street NE<br>Bethel, MN 55005 | | | | $58,066.41 | $0.00 | $58,066.41 |
| Shaw Trucking Inc.<br>18530 Buchanan Street NE<br>East Bethel, MN 55011 | | | | $50,476.50 | $0.00 | $50,476.50 |
| Allstate Peterbilt<br>P.O. box 270710<br>Minneapolis, MN 55427 | | | | $46,178.87 | $0.00 | $46,178.87 |
| Hart Bros Tire Company<br>8300 126th Street West<br>Savage, MN 55378 | | | | $43,000.73 | $0.00 | $43,000.73 |
| Kennametal Inc.<br>P.O. Box 6323<br>Carol Stream, IL 60197 | | | | $37,309.50 | $0.00 | $37,309.50 |

Debtor  **Midwest Asphalt Corporation**　　　　　　　　　　　　　　　　　Case number *(if known)*
　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Ron Kassa Construction 6005 250th Street E. Elko New Market, MN 55020 | | | | | | $35,941.50 |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

------------------------------------------

In re:                                            Bky. No. _____
                                                  Chapter 11 Case
Midwest Asphalt Corporation.
                                                  **STATEMENT REGARDING**
                                                  **AUTHORITY TO SIGN AND FILE**
                       Debtor.                    **PETITION**


------------------------------------------

I, Blair Bury, declare under penalty of perjury that I am the President of Midwest Asphalt Corporation, a Minnesota corporation (the "Company"), and that on December 30, 2016, the following resolution was duly adopted by the Board of Directors of this Company:

> WHEREAS, it is in the best interest of this Company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code ("Bankruptcy");
>
> NOW, THEREFORE, IT IS HEREBY
>
> RESOLVED, that Blair Bury, President of this Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the Company; and
>
> FURTHER RESOLVED, that Blair Bury, President of this Company, is authorized and directed to employ Thomas J. Flynn, attorney and the law firm of Larkin Hoffman Daly & Lindgren Ltd. to represent the Company in the Bankruptcy; and
>
> FURTHER RESOLVED, that Blair Bury, President of this Company, is authorized and directed to assist Thomas J. Flynn in all proceedings on behalf of the Company, and to otherwise do and perform all acts and deeds in connection with such Bankruptcy case.

                                                  Midwest Asphalt Corporation

Dated: January 12, 2017                           By: _/s/ Blair B Bury_____
                                                      Blair Bury
                                                      Its: President

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

---

In re:

Midwest Asphalt Corporation

Debtor(s).

SIGNATURE DECLARATION
Chapter 11

Case No. _____

---

| | |
|---|---|
| \_\_\_\_\_ | PETITION, SCHEDULES & STATEMENTS |
| \_\_\_\_\_ | CHAPTER 13 PLAN |
| \_\_\_\_\_ | VOLUNTARY CONVERSION, SCHEDULES AND STATEMENTS |
| \_\_\_\_\_ | AMENDMENT TO PETITION, SCHEDULES & STATEMENTS |
| \_\_\_\_\_ | MODIFIED CHAPTER 13 PLAN |
| _X_ | OTHER (Please describe: <u>Emergency Chapter 11</u>                          ) |

I [We], the undersigned debtor(s) or authorized representative of the debtor, make the following declarations under penalty of perjury:

1. The information I have given my attorney and provided in the electronically filed petition, statements, schedules, amendments, and/or chapter 13 plan, as indicated above, is true and correct;

2. The Social Security Number or Tax Identification Number I have given to my attorney for entry into the court's Case Management/Electronic Case Filing (CM/ECF) system as a part of the electronic commencement of the above-referenced case is true and correct;

3. **[individual debtors only]** If no Social Security Number was provided as described in paragraph 2 above, it is because I do not have a Social Security Number;

4. I consent to my attorney electronically filing with the United States Bankruptcy Court my petition, statements and schedules, amendments, and/or chapter 13 plan, as indicated above, together with a scanned image of this Signature Declaration;

5. My electronic signature contained on the documents filed with the Bankruptcy Court has the same effect as if it were my original signature on those documents; and

6. **[corporate and partnership debtors only]** I have been authorized to file this petition on behalf of the debtor.

Date: *January 12, 2017*

x *Blair Bury*                                                  x _____
Signature of Debtor or Authorized Representative          Signature of Joint Debtor

<u>Blair Bury, President</u>                                    _____
Printed Name of Debtor or Authorized Representative       Printed Name of Joint Debtor

4827-6263-8654, v. 1