# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

**In re:**

**Midwest Asphalt Corporation,**

                           **Chapter 11**

**Debtor(s).**                         **BKY No. 17-40075**

## APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS IN CHAPTER 11 CASE

The U.S. Trustee for Region 12 hereby appoints the following persons or entities to the Official Committee of Unsecured Creditors in the above case:

1. Creditor: WD Larson/Allstate Peterbilt
   Address: 500 Ford Road
   St. Louis Park, MN 55426

   Contact Person: Richard Brown   Phone: 952-703-3467

2. Creditor: Tiller Corporation
   Address: 7200 Hemlock Lane
   Suite 200
   PO Box 1480
   Maple Grove, MN 55311

   Contact Person: Steven Sauer    Phone: 763-425-4191

Richard Brown of WD Larson Allstate Peterbilt is hereby designated as Acting Chairperson of said Committee pending selection by the Committee members of a permanent Chairperson.

In order to make the Committee more representative, the right to add or remove members of the Committee is reserved.

February 2, 2017                                Respectfully submitted,

                                                DANIEL M. MCDERMOTT
                                                United States Trustee
                                                Region 12


                                    By:    /e/Michael R. Fadlovich
                                           Trial Attorney
                                           MN Attorney ID No. 158410
                                           U.S. Trustee's Office
                                           300 South Fourth St., #1015
                                           Minneapolis, MN   55415
                                           (612) 334-1350

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

**In re:**

**Midwest Asphalt Corporation**

**Chapter 11**

**Debtor(s).**

**BKY No.  17-40075**

## CERTIFICATE OF SERVICE

I, Lilia Serna de Coronado, declare under penalty of perjury that on February 2, 2017, a copy of the foregoing **NOTICE OF APPOINTMENT OF AN UNSECURED CREDITORS COMMITTEE IN A CHAPTER 11 CASE;** served via US mail postage prepaid to the following:

**Midwest Asphalt Corporation**
P.O. Box 5477
Hopkins, MN 55343

**Thomas Flynn**
Larkin Hoffman Daly & Lindgren
8300 Norman Center Dr. Suite 1000
Bloomington, MN 55437

WD Larson/Allstate Peterbilt
500 Ford Road
St. Louis Park, MN 55426

Tiller Corporation
7200 Hemlock Lane
Suite 200
PO Box 1480
Maple Grove, MN 55311

Dated:  February 2, 2017

By: /e/Lilia Serna de Coronado
**Lilia Serna de Coronado**
**Office of the United States Trustee**
**300 South 4th Street Suite 1015**
**Minneapolis, MN 55415**