UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

------------------------------------------

In re:

Midwest Asphalt Corporation

Debtor(s).

**SIGNATURE DECLARATION**
Chapter 11

Bky Case No. 17-40075

------------------------------------------

| | |
|---|---|
| _____ | PETITION, SCHEDULES & STATEMENTS |
| _____ | CHAPTER 13 PLAN |
| _____ | VOLUNTARY CONVERSION, SCHEDULES AND STATEMENTS |
| __X__ | AMENDMENT TO PETITION, SCHEDULES & STATEMENTS |
| _____ | MODIFIED CHAPTER 13 PLAN |
| _____ | OTHER (Please describe:) |

I, the undersigned debtor(s) or authorized representative of the debtor, make the following declarations under penalty of perjury:

1. The information I have given to my attorney and provided in the electronically filed petition, statements, schedules, amendments, and/or chapter 13 plan, as indicated above, is true and correct;

2. The Social Security Number or Tax Identification Number I have given to my attorney for entry into the court's Case Management/Electronic Case Filing (CM/ECF) system as a part of the electronic commencement of the above-referenced case is true and correct;

3. I consent to our attorney electronically filing with the United States Bankruptcy Court our petition, statements and schedules, amendments, as indicated above, together with a scanned image of this Signature Declaration;

4. My electronic signature contained on the documents filed with the Bankruptcy Court has the same effect as if it were my original signature on those documents; and

5. I have been authorized to file this petition on behalf of the debtor.

Date: 3/27 , 2017

x _____
Signature of Debtor or Authorized Representative

Blair Bury, President
Printed Name of Debtor or Authorized Representative

4822-1532-7045, v. 1

**Fill in this information to identify the case:**

Debtor name    **Midwest Asphalt Corporation**

United States Bankruptcy Court for the:    DISTRICT OF MINNESOTA

Case number (if known)    **17-40075**

■ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property   AMENDED    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 2. | **Cash on hand** | | | **$1,000.00** |

**3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Premier Bank** | **Checking** | **6988** | $1,109.00 |
| 3.2. | **Premier Bank** | **Checking** | **6961** | $0.00 |
| 3.3. | **Premier Bank** | **Checking** | **6953** | $0.00 |
| 3.4. | **Premier Bank** | **Checking Account for former MAC Mgmt** | **7235** | $0.00 |
| 3.5. | **Pinacle Bank** | **AR Deposit Account** | | $0.00 |
| 3.6. | **Pinnacle Bank ($243)** | **AR Deposit Account formerly the MAC Equipment acct.** | | $0.00 |

| Debtor | **Midwest Asphalt Corporation** | | Case number *(If known)* **17-40075** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.7. | **Anchor Bank** | **DIP Account** | **$249,745.00** |

**4.** **Other cash equivalents** *(Identify all)*

**5.** **Total of Part 1.** | | **$251,854.00**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | **Deposits and Prepayments** |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
☑ Yes Fill in the information below.

**7.** **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | **Security Deposit  Solus Industries** | **$10,000.00** |
| 7.2. | **Security Deposit - The Builders Group** | **$50,103.00** |
| 7.3. | **Security Deposits - City of Bloomington, MN** | **$5,000.00** |
| 7.4. | **Cash - CSV Insurances - Ameritas Life Insurance Company** | **$205,929.00** |
| 7.5. | **Pre-Paid Royalty with MAR FARMS** | **$700,000.00** |

**8.** **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

**9.** **Total of Part 2.** | | **$971,032.00**

Add lines 7 through 8. Copy the total to line 81.

| Part 3: | **Accounts receivable** |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.

**11.** **Accounts receivable**

| | | | | |
|---|---|---|---|---|
| 11a. 90 days old or less: | **4,877,494.00** | - | **0.00** = .... | **$4,877,494.00** |
| | face amount | | doubtful or uncollectible accounts | |

| Debtor | **Midwest Asphalt Corporation** | Case number *(If known)* **17-40075** |
|---|---|---|
| | Name | |

**12.** **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

$4,877,494.00

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.** **Raw materials** | | | | |
| **20.** **Work in progress** | | | | |
| **21.** **Finished goods, including goods held for resale** | | | | |
| **22.** **Other inventory or supplies** **Aggregate (at Book)** | | $1,967,878.00 | | $1,967,878.00 |

**23.** **Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.

$1,967,878.00

**24.** **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐ No
■ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

| Debtor | **Midwest Asphalt Corporation** | Case number *(If known)* **17-40075** |
|---|---|---|
| | Name | |

39. **Office furniture**

40. **Office fixtures**

41. **Office equipment, including all computer equipment and communication systems equipment and software**
**Office Equipment - Net Book Value**                    $0.00                    $85,918.00

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.                    $85,918.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **Automotive - Net Book Value** | $387,318.00 | | $387,318.00 |
| 47.2. **Construction, Milling and Crushing Equipment - Net Book Value** | $4,065,642.00 | | $4,065,642.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.                    $4,452,960.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
■ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☐ No

| Debtor | **Midwest Asphalt Corporation** | Case number *(If known)* **17-40075** |
|---|---|---|
| | Name | |

■ Yes

| Part 9: | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **6270 Industrial Drive Eden Prairie, MN 55346 Reg. Land Survey No. 1054 Tract C** | | | | |
| **6280 Industrial Drive Eden Prairie, MN 55346 Reg. Land Survey No. 1054 Tract D** | | | | |
| **6331 Industrial Drive Eden Prairie, MN 55346 Reg. Land Survey No. 1054 Tract L** | | | | |
| **6340 Industrial Drive Eden Prairie, MN 55346 Reg. Land Survey No. 1054 Tract I** | | | | |
| **6350 Industrial Drive Eden Prairie, MN 55346 Reg. Land Survey No. 1054 Tract J** | Book Value | $1,544,000.00 | | $1,544,000.00 |

56.    **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| $1,544,000.00 |
|---|

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
■ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☐ No
■ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Midwest Asphalt Corporation** | Case number *(If known)* **17-40075** |
|--------|----------------------------------|----------------------------------------|
|        | Name                             |                                        |

| Part 10: | Intangibles and intellectual property |
|----------|----------------------------------------|

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ■ No.  Go to Part 11.
   ☐ Yes Fill in the information below.

| Part 11: | All other assets |
|----------|-------------------|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ■ No.  Go to Part 12.
   ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor   **Midwest Asphalt Corporation**                          Case number *(If known)* **17-40075**
         Name

---

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $251,854.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $971,032.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $4,877,494.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $1,967,878.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $85,918.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $4,452,960.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*................................................> | | $1,544,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $12,607,136.00 | + 91b. $1,544,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $14,151,136.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name     **Midwest Asphalt Corporation**

United States Bankruptcy Court for the:    DISTRICT OF MINNESOTA

Case number (if known)    **17-40075**

☐ Check if this is an amended filing

# Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims — AMENDED                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

■ No. Go to Part 2.

☐ Yes. Go to line 2.

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| | | |
|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address<br>**1st Ayd Corporation**<br>**PO Box 5298**<br>**Elgin, IL 60121-5298**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$197.18** |
| 3.2 | Nonpriority creditor's name and mailing address<br>**A-Blast Inc**<br>**21473 Johnson Street NE**<br>**East Bethel, MN 55011**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$2,200.00** |
| 3.3 | Nonpriority creditor's name and mailing address<br>**AAA Striping Service Co**<br>**12220 43rd Street Ne**<br>**St. Michael, MN 55376**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$221.50** |
| 3.4 | Nonpriority creditor's name and mailing address<br>**Action Fence Inc**<br>**PO Box 1065**<br>**Burnsville, MN 55337**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$6,220.30** |

| Debtor | **Midwest Asphalt Corporation** | Case number (if known) | **17-40075** |
|---|---|---|---|
| | Name | | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,397.62** |
|---|---|---|---|

**Advance Concrete Sawing Inc.**
1245 Pierce Butler
St. Paul, MN 55104

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$535.00** |
|---|---|---|---|

**Advanced Irrigation Inc**
6320 Jason Ave NE
Albertville, MN 55301

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$954.68** |
|---|---|---|---|

**Advanced Seeding & Erosion Control, Inc**
PO Box 324
New Prague, MN 56071-0324

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$46,178.87** |
|---|---|---|---|

**Allstate Peterbilt**
P.O. box 270710
Minneapolis, MN 55427

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$22,762.82** |
|---|---|---|---|

**American Express**
BOX 0001
Los Angeles, CA 90096-8000

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$303.05** |
|---|---|---|---|

**American Pump Company**
2150 106th Lane NE
Blaine, MN 55449

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$14,120.04** |
|---|---|---|---|

**Ameritas Life Insurance**
PO Box 82590
Lincoln, NE 68501-2590

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Midwest Asphalt Corporation** | Case number (if known) | **17-40075** |
|---|---|---|---|
| | Name | | |

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $79.00 |
|---|---|---|---|

**ARCpoint Labs of Eden Prairie**
6554 Edenvale Blvd
Eden Prairie, MN 55346

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,425.00 |
|---|---|---|---|

**Asphalt Concrete Solutions Inc.**
Suite A, 1345 157th Ave NE
Andover, MN 55304

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $981.19 |
|---|---|---|---|

**Athletic Surface Construction**
13055 Riverdale Dr NW #500-301
Minneapolis, MN 55448

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $34,309.46 |
|---|---|---|---|

**Atlas Copco Customer Finance Usa LLC**
PO Box 200894
Pittsburgh, PA 15251-0894

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $823.97 |
|---|---|---|---|

**Baldwin Supply Co.**
PO Box 8895
Carol Stream, IL 60197-8895

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,500.00 |
|---|---|---|---|

**Barbara Karvonen**
7775 Corcoran TR. E
Corcoran, MN 55340

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21,765.79 |
|---|---|---|---|

**Barton Sand & Gravel Co.**
PO Box 1480
Maple Grove, MN 55311-6480

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Midwest Asphalt Corporation** | Case number (if known) | **17-40075** |
|---|---|---|---|
| | Name | | |

---

**3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$735.81**

**Beaudry Express**
610 Proctor Ave
Elk River, MN 55330

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$208.96**

**Beisswenger's Hardware**
1823 Old Hwy 8 NW
New Brighton, MN 55112

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,269.94**

**Birch Tree Care**
3100 Spruce Street
St. Paul, MN 55117

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Blaine Johnson**
39435 Tree Line Drive
Lady Lake, FL 32159

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$145,570.00**

**Blaine Johnson Trust**
39435 Tree Line Drive
Lady Lake, FL 32159

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,399,300.95**

**Blair Bury**
P.O. Box 5477
Hopkins, MN 55343

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$155,486.00**

**Blair Bury Trust**
P.O. Box 5477
Hopkins, MN 55343

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **Midwest Asphalt Corporation** | Case number (if known) | **17-40075** |
|---|---|---|---|
| | Name | | |

---

**3.26** | **Nonpriority creditor's name and mailing address**
BMO Bank NA
PO Box 3052
Milwaukee, WI 53201-3052

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$100,464.53**

---

**3.27** | **Nonpriority creditor's name and mailing address**
BMO Harris Bank NA
P.O. Box 3052
Milwaukee, WI 53201

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$100,464.53**

---

**3.28** | **Nonpriority creditor's name and mailing address**
Braun Intertec
11001 Hampshire Avenue South
Minneapolis, MN 55438

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,686.00**

---

**3.29** | **Nonpriority creditor's name and mailing address**
Bryan Rock Products, Inc
Box 215
Shakopee, Mn 55379

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$479.08**

---

**3.30** | **Nonpriority creditor's name and mailing address**
Cat Financial Commercial
P.O. Box 978595
Dallas, TX 75397

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$142,624.97**

---

**3.31** | **Nonpriority creditor's name and mailing address**
Cat Financial Commercial-Shop Purchases
PO Box 978595
Dallas, TX 75397-8595

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$142,624.97**

---

**3.32** | **Nonpriority creditor's name and mailing address**
Central Minnesota Sawing
10975 37th Street
Clear Lake, MN 55319

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,302.47**

---

| Debtor | **Midwest Asphalt Corporation** | Case number (if known) | **17-40075** |
|---|---|---|---|
| | Name | | |

---

**3.33** | Nonpriority creditor's name and mailing address
**Century Fence Company**
PO Box 727
Pewaukee, WI 53072-0727

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$11,461.09**

---

**3.34** | Nonpriority creditor's name and mailing address
**Certified Laboratories**
23261 Network Place
Chicago, IL 60673

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$2,257.96**

---

**3.35** | Nonpriority creditor's name and mailing address
**Chippewa Valley Energy**
PO Box 837
Eau Claire, WI 54702

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$8,236.13**

---

**3.36** | Nonpriority creditor's name and mailing address
**City of Lakeville**
20195 Holyoke Ave, PO Box 957

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,025.00**

---

**3.37** | Nonpriority creditor's name and mailing address
**City of St. Paul Dept of Public Works**
15 W Kellogg Blvd # 700
St. Paul, MN 55102

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$4,034.83**

---

**3.38** | Nonpriority creditor's name and mailing address
**City View Electric Inc**
1145 Snelling Ave N
St. Paul, MN 55108

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$2,216.50**

---

**3.39** | Nonpriority creditor's name and mailing address
**Commercial Asphalt Corporation**
P.O. Box 1480
Osseo, MN 55311-6480

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$2,713,580.16**

---

| Debtor | **Midwest Asphalt Corporation** | Case number (if known) | **17-40075** |
|---|---|---|---|
| | Name | | |

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,721.08 |
|---|---|---|---|

**Corporate Connection**
**Suite B, 14400 James Rd**
**Rogers, MN 55374**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,087.40 |
|---|---|---|---|

**County Line Materials**
**3246 Hazelwood Ave**
**Webster, MN 55088**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,131.50 |
|---|---|---|---|

**Court Surfaces & Repair, Inc**
**16215 Yalta Street NE**
**Ham Lake, MN 55304**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $71,747.29 |
|---|---|---|---|

**Creative Curb Contractors**
**64358 375th Street**
**Watkins, MN 55389**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $71,747.29 |
|---|---|---|---|

**Creative Curb Contractors**
**64358 375th Street**
**Watkins, MN 55389**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,194.01 |
|---|---|---|---|

**Custom Hose Tech Inc**
**9323 Gargield Ave S**
**Bloomington, MN 55420**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,980.00 |
|---|---|---|---|

**Dave Perkins Contracting Inc**
**19745 Nowthen Blvd NW**
**Nowthen, MN 55303**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Midwest Asphalt Corporation** | Case number (if known) | **17-40075** |
|---|---|---|---|
| | Name | | |

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$846.00** |
|---|---|---|---|

**DDT Doug Daily Trucking**
2795 Helen St N
North St. Paul, MN 55109-1609

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,492.67** |
|---|---|---|---|

**Deep Rock**
Box 119
Finlayson, MN 55735

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$312,575.43** |
|---|---|---|---|

**Dehn Oil**
6735 141st Avenue NW
Ramsey, MN 55303

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$312,575.43** |
|---|---|---|---|

**Dehn Oil**
6735 - 141st Ave NW
Ramsey, MN 55303-5727

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$482.80** |
|---|---|---|---|

**Dem-Con Companies LLC**
13020 Dem-Con Drive
Shakopee, MN 55379

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,886.71** |
|---|---|---|---|

**Dispatch Trucking**
121 E. 270th Street
Elko, MN 55020

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,649.48** |
|---|---|---|---|

**EMR-Electric Motor Repair**
2010 NO 4TH ST
Minneapolis, MN 55411

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Midwest Asphalt Corporation** | | Case number (if known) | **17-40075** |
|---|---|---|---|---|
| | Name | | | |

---

**3.54** | Nonpriority creditor's name and mailing address | $508.84

**EMSCO-Electric Motor Supply Co**
4650 Main St NE
Fridley, Mn 55421

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.55** | Nonpriority creditor's name and mailing address | $3,990.33

**Enterprise Fleet Mgmt**
PO Box 800089
Kansas City, MO 64180-0089

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.56** | Nonpriority creditor's name and mailing address | $10,600.73

**Ess  Bros & Sons Inc.**
9350 COUNTY ROAD 19
Loretto, MN 55357

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.57** | Nonpriority creditor's name and mailing address | $25,511.51

**Fahrner Asphalt Sealers, LLC**
2800 Mecca Drive
Plover, WI 54467

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.58** | Nonpriority creditor's name and mailing address | $157.50

**Fair's Nursery & Landscaping**
9340 Fair Way
Maple Grove, MN 55369

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.59** | Nonpriority creditor's name and mailing address | $339.52

**Feist Automotive of Golden Valley**
1875 North Lilac Drive
Golden Valley, MN 55422

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.60** | Nonpriority creditor's name and mailing address | $70.60

**Fleetpride**
PO Box 847118
Dallas, TX 75284-7118

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Midwest Asphalt Corporation**
_____
        Name

Case number (if known)  **17-40075**

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $375.81 |

**Forterra Pipe & Precast**
PO Box 74008199
Chicago, IL 60674-8199

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,646.73 |

**G L Contracting Inc.**
4300 Willow Drive
Corcoran, MN 55340

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,316.58 |

**GATR Truck Center**
PO Box 367
Sauk Rapids, MN 56379

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,036.38 |

**General Equipment & Supplies**
PO Box 2145
Fargo, ND 58107-2145

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |

**Geyer Signal**
4205 Roosevelt Road
St. Cloud, MN 56301

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $459.28 |

**Gopher Bearing (BDI Branch 78)**
PO Box 6286
Saint Paul, MN 55114

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,107.01 |

**Granite Ledge Electrical Contractors Inc**
15436 130th Street
Foreston, MN 56330

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor   **Midwest Asphalt Corporation**
         Name

Case number (if known)   **17-40075**

---

**3.68** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,680.69
| **Groundscape, Inc.** | ☐ Contingent |
| PO Box 53 | ■ Unliquidated |
| Maple Plain, MN 55359 | ☐ Disputed |
| Date(s) debt was incurred _ | |
| | Basis for the claim: _ |
| Last 4 digits of account number _ | |
| | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.69** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,592.40
| **H & L Mesabi** | ☐ Contingent |
| PO Box 909 | ■ Unliquidated |
| Hibbing, MN 55746 | ☐ Disputed |
| Date(s) debt was incurred _ | |
| | Basis for the claim: _ |
| Last 4 digits of account number _ | |
| | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.70** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,910.00
| **Hakanson Anderson Assoc.** | ☐ Contingent |
| 3601 Thurston Ave | ■ Unliquidated |
| Anoka, MN 55303 | ☐ Disputed |
| Date(s) debt was incurred _ | |
| | Basis for the claim: _ |
| Last 4 digits of account number _ | |
| | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.71** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,827.00
| **Hardscape Construction Inc** | ☐ Contingent |
| 1512 East Cliff Road | ■ Unliquidated |
| Burnsville, MN 55337 | ☐ Disputed |
| Date(s) debt was incurred _ | |
| | Basis for the claim: _ |
| Last 4 digits of account number _ | |
| | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.72** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $43,000.73
| **Hart Bros Tire Company** | ☐ Contingent |
| 8300 126th Street West | ■ Unliquidated |
| Savage, MN 55378 | ☐ Disputed |
| Date(s) debt was incurred _ | |
| | Basis for the claim: _ |
| Last 4 digits of account number _ | |
| | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.73** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,839.00
| **Haugo Geotechnical Services** | ☐ Contingent |
| #278, 13570 Grove Drive | ■ Unliquidated |
| Minneapolis, MN 55407 | ☐ Disputed |
| Date(s) debt was incurred _ | |
| | Basis for the claim: _ |
| Last 4 digits of account number _ | |
| | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.74** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,109.26
| **HD Supply Waterworks Eden Prairie** | ☐ Contingent |
| PO Box 28330 | ■ Unliquidated |
| St. Louis, MO 63146 | ☐ Disputed |
| Date(s) debt was incurred _ | |
| | Basis for the claim: _ |
| Last 4 digits of account number _ | |
| | Is the claim subject to offset? ■ No ☐ Yes |

---

| Debtor | **Midwest Asphalt Corporation** | Case number (if known) | **17-40075** |
|---|---|---|---|
| | Name | | |

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,295.87 |
|---|---|---|---|

**Heartland Cooperative**
PO Box 260, 100 Parkside Dr
Dorchester, WI 54425

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,866.06 |
|---|---|---|---|

**Home Depot Credit Service Dept 32-250306**
PO Box 183176
Columbus, OH 43218-3176

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22,916.67 |
|---|---|---|---|

**Hudson America**
2711 N Haskell Ave STE 1800
Dallas, TX 75204

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $190.00 |
|---|---|---|---|

**Hugo's Tree Service**
14728 Irish Avenue North
Hugo, MN 55038

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $81,121.70 |
|---|---|---|---|

**Huhn Trucking, Inc.**
P.O. Box 301
Buffalo, MN 55313

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,125.36 |
|---|---|---|---|

**I-State Truck Center**
PO Box 1450
Minneapolis, MN 55485-7246

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,783.30 |
|---|---|---|---|

**Interstate Powersystems, Inc.**
PO Box 1450, NW 7244
Minneapolis, MN 55425

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Midwest Asphalt Corporation** | Case number (if known) | **17-40075** |
|---|---|---|---|
| | Name | | |

---

**3.82** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,136.29**

**J & L Oil Co., Inc**
PO Box 248
Cass Lake, MN 56633

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.83** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$14,050.47**

**J D Donovan Inc.**
PO Box 7368
St. Cloud, MN 56302

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.84** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$903.26**

**J J Keller & Associates**
PO BOx 6609
Carol Stream, IL 60197-6609

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.85** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$37,309.50**

**Kennametal Inc.**
PO Box 6323
Carol Stream, IL 60197-6388

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.86** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$24,370.38**

**Komatsu Financial Limited Partnership**
PO Box 99303
Chicago, IL 60693

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.87** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$771.50**

**Kraemer Mining & Materials Inc.**
1020 Cliff Road West
Burnsville, MN 55337

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.88** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4.73**

**Kraemer's Hardware Inc.**
14730 Excelsior Blvd
Minnetonka, MN 55345-6698

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Midwest Asphalt Corporation** | Case number (if known) | **17-40075** |
|---|---|---|---|
| | Name | | |

---

**3.89** Nonpriority creditor's name and mailing address
Kris Engineering
1988 247th Street
St. Augusta, MN 56301

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$2,075.78

---

**3.90** Nonpriority creditor's name and mailing address
Kuechle Underground Inc
10998 State Hwy 55, PO Box 509
Kimball, MN 55353

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$11,985.10

---

**3.91** Nonpriority creditor's name and mailing address
Kusske Construction Co., LLC
Suite 204, 424 Chestnut Street
Chaska, MN 55318

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$74,356.75

---

**3.92** Nonpriority creditor's name and mailing address
Laketown Electric Corporation
8470 State Highway 5
Waconia, MN 55387

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$3,767.54

---

**3.93** Nonpriority creditor's name and mailing address
Landmark Concrete Inc
18600 Ulysses Street NE
East Bethel, MN 55011

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$5,463.86

---

**3.94** Nonpriority creditor's name and mailing address
Lano Equipment Inc.
6140 Highway 10 NW

Anoka, MN 55303

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$68,780.54

---

**3.95** Nonpriority creditor's name and mailing address
Lube-Technologies Inc.
900 Mendelssohn Avenue North
Minneapolis, MN 55427

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$100.00

---

Debtor    **Midwest Asphalt Corporation**                          Case number (if known)   **17-40075**
_____
Name

| | | |
|---|---|---|
| 3.96 | **Nonpriority creditor's name and mailing address**<br>**Macqueen Equipment Inc.**<br>**1125 7th Street East**<br>**St. Paul, MN 55106**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,329.17** |
| 3.97 | **Nonpriority creditor's name and mailing address**<br>**Matt's Auto Service Inc.**<br>**6283 Industrial Drive**<br>**Eden Prairie, MN 55346**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$381.90** |
| 3.98 | **Nonpriority creditor's name and mailing address**<br>**Meadowlands Farmers Coop**<br>**PO Box 338**<br>**Lamberton, MN 56152**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$4,158.65** |
| 3.99 | **Nonpriority creditor's name and mailing address**<br>**Medica**<br>**PO Box 1450, NW 7958**<br>**Minneapolis, MN 55485**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$27,007.21** |
| 3.100 | **Nonpriority creditor's name and mailing address**<br>**Metro Products**<br>**7401 Central Ave NE**<br>**Fridley, MN 55432**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$5,835.35** |
| 3.101 | **Nonpriority creditor's name and mailing address**<br>**Midland Equipment Co.**<br>**21980 Kenrick Ave**<br>**Lakeville, MN 55044**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,071.92** |
| 3.102 | **Nonpriority creditor's name and mailing address**<br>**Midstate Reclamation**<br>**21955 Grenada Ave**<br>**Lakeville, MN 55044-8055**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$740.68** |

| Debtor | **Midwest Asphalt Corporation** | Case number (if known) | **17-40075** |
|---|---|---|---|
| | Name | | |

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,812.36 |
|---|---|---|---|

**Minneapolis Sheet Works**
**9-Eighth Avenue SW**
**New Brighton, MN 55112**

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,310.09 |
|---|---|---|---|

**Minnesota State Curb & Gutter Div. AVR I**
**14698 Galaxie Avenue**
**Apple Valley, MN 55124**

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MN Asphalt Pavement Assoc.**
**Suite 100, 900 Long Lake Road**
**Saint Paul, MN 55112**

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,420.00 |
|---|---|---|---|

**MN Dept of Revenue**
**PO Box 64649**
**St. Paul, MN 55164-0649**

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,885.00 |
|---|---|---|---|

**Modern Fence & Construction Inc.**
**3180 RYan Lane**
**Little Canada, MN 55117**

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,738.08 |
|---|---|---|---|

**Napa Auto Parts**
**5959 Collections Center Drive**
**Chicago, IL 60693**

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,980.00 |
|---|---|---|---|

**Neaton Brothers Erosion LLC**
**PO Box 879**
**Watertown, MN 55388**

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Midwest Asphalt Corporation** | | Case number (if known) | **17-40075** |
|---|---|---|---|---|
| | Name | | | |

---

**3.110** | Nonpriority creditor's name and mailing address
**Neo Electrical Solutions**
**2365 Willis Miller Drive**
**Hudson, WI 54016**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$8,371.19

---

**3.111** | Nonpriority creditor's name and mailing address
**North Country Concrete Inc.**
**23035 Ulysses Street NE**
**Bethel, MN 55005**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

$58,066.41

---

**3.112** | Nonpriority creditor's name and mailing address
**Odesa II LLC**
**9003 Mayhew Lake Road NE**
**Sauk Rapids, MN 56379**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$1,344.00

---

**3.113** | Nonpriority creditor's name and mailing address
**Paragon Company Inc**
**PO Box 240934**
**St. Paul, MN 55124**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$11,472.56

---

**3.114** | Nonpriority creditor's name and mailing address
**Parking Marking Inc**
**Suite 13, 666 Transfer Road**
**Saint Paul, MN**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$24,108.86

---

**3.115** | Nonpriority creditor's name and mailing address
**Pate Bonding Inc**
**1276 South Robert Street**
**West Saint Paul, MN 55118**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$3,970.00

---

**3.116** | Nonpriority creditor's name and mailing address
**Peltier Wire Cloth Co Inc**
**4 West Acker Street**
**St. Paul, MN 55117**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$704.20

---

Schedule E/F: Creditors Who Have Unsecured Claims

Debtor   **Midwest Asphalt Corporation**
Name

Case number (if known)   **17-40075**

---

**3.117**   Nonpriority creditor's name and mailing address
**Penn Contracting Inc**
13025 Central Ave NE # 200
Blaine, MN 55434

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,594.00

---

**3.118**   Nonpriority creditor's name and mailing address
**Pieper Whitake & Bjork**
Suite 100, 3140 Harbor Lane
Minneapolis, MN 55447

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$11,450.00

---

**3.119**   Nonpriority creditor's name and mailing address
**Pomp's Tire Service Inc**
PO Box 1630
Green Bay, WI 54305-1630

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,815.75

---

**3.120**   Nonpriority creditor's name and mailing address
**Prairie Restorations Inc**
31646 128th St
Princeton, MN 55371

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$3,370.00

---

**3.121**   Nonpriority creditor's name and mailing address
**Principal Financial Group**
PO Box 10372
Des Moines, IA 50306-0372

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$2,614.28

---

**3.122**   Nonpriority creditor's name and mailing address
**ProTurf**
7780 West 215th Street
Lakeville, MN 55044

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$11,132.00

---

**3.123**   Nonpriority creditor's name and mailing address
**Quality Forklift Sales and Service Inc**
587 Citation Drive
Shakopee, MN 55379

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$6,007.40

---

Schedule E/F: Creditors Who Have Unsecured Claims

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **Midwest Asphalt Corporation** | Case number (if known) | **17-40075** |
|---|---|---|---|
| | Name | | |

---

**3.124** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$248.29**

**R & W Welding & Machine**
417 County Rd 81 Service Rd
Osseo, MN 55369

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.125** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,060.67**

**RB Scott Inc**
PO Box  65
Eau Claire, WI 54702-0065

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.126** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$253.70**

**RDO Equipment Co**
RDO Trust, PO Box 7160
Minneapolis, MN 55437

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.127** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$285.00**

**Reiner Contracting**
21541 West Highway 7
Hutchinson, MN 55350

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.128** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,000.00**

**Richard B Bury**
1511 Heron Drive
Chanhassen, MN 55317

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.129** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$75.11**

**Ricoh USA, Inc**
PO Box 802815
Chicago, IL 60680-2815

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.130** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,000.00**

**Rippe & Kingston Capital Adv. Attn: Don**
1077 Celestial Street
Cincinatti, OH 45202

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Midwest Asphalt Corporation**

Name

Case number (if known) **17-40075**

| | | |
|---|---|---|
| 3.131 | Nonpriority creditor's name and mailing address<br>**Road Equipment Parts Center**<br>PO Box 9425<br>Grand Rapids, MI 49509<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $238.10 |

| | | |
|---|---|---|
| 3.132 | Nonpriority creditor's name and mailing address<br>**Road Machinery & Supplies**<br>PO Box 86<br>Minneapolis, MN 55486-0749<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $65,389.40 |

| | | |
|---|---|---|
| 3.133 | Nonpriority creditor's name and mailing address<br>**Ron Kassa Construction Inc**<br>6005 250th Street East<br>Elko, MN 55020<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $35,941.50 |

| | | |
|---|---|---|
| 3.134 | Nonpriority creditor's name and mailing address<br>**Royal Concrete Pipe Inc**<br>PO Box 430<br>Stacy, MN 55079<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $622.20 |

| | | |
|---|---|---|
| 3.135 | Nonpriority creditor's name and mailing address<br>**Rufferidge Johnson Equipment Co. Inc**<br>3024 4th St SE<br>Minneapolis, MN 55414<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $23,637.50 |

| | | |
|---|---|---|
| 3.136 | Nonpriority creditor's name and mailing address<br>**Rumpca Excavating Inc**<br>10760 Ideal Avenue South<br>Cottage Grove, MN 55016-4442<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $9,594.25 |

| | | |
|---|---|---|
| 3.137 | Nonpriority creditor's name and mailing address<br>**S & A Land Clearing Inc**<br>PO Box 637<br>Hugo, MN 55038<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $3,500.00 |

Debtor   **Midwest Asphalt Corporation**                               Case number (if known)   **17-40075**
         Name

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,475.12 |
|---|---|---|---|

**Safety Signs Inc**
19784 Kenrick Ave
Lakeville, MN 55044

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $855.23 |
|---|---|---|---|

**Saint Paul Regional Water**
1900 Rice Street
St. Paul, MN 55113-6810

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $659.98 |
|---|---|---|---|

**Schelen Gray Auto & Electric**
1592 Marshall Avenue
St. Paul, MN 55104

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50,476.50 |
|---|---|---|---|

**Shaw Trucking Inc.**
18530 Buchanan Street NE
East Bethel, MN 55011

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $23,814.58 |
|---|---|---|---|

**Siegel Brill P.A.**
100 Washinton Ave S #1300
Minneapolis, MN

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,364.14 |
|---|---|---|---|

**Sioux Valley Co-op**
PO Box 965
Watertown, SD 57201-0965

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,776.12 |
|---|---|---|---|

**Sir Lines-A-Lot**
7175 Cahill Road
Edina, MN 55439

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Midwest Asphalt Corporation** | Case number (if known) | **17-40075** |
|---|---|---|---|
| | Name | | |

**3.145** Nonpriority creditor's name and mailing address
**SPC Engineering & Testing**
13307 Leyte Street NE
Ham Lake, MN 55304

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$980.00

**3.146** Nonpriority creditor's name and mailing address
**St Marc Materials**
321 8th Avenue NW
Fairbault, MN 55021

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,041.54

**3.147** Nonpriority creditor's name and mailing address
**St Paul Utilities & Excavating Inc**
190 Ryan Lane
Little Canada, MN 55117

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$6,170.00

**3.148** Nonpriority creditor's name and mailing address
**Standard Spring**
Suite 800, 151 5th Avenue NW
Saint Paul, MN 55112

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,185.45

**3.149** Nonpriority creditor's name and mailing address
**Stapf Concrete**
PO Box 988
Burnsville, MN 55337

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$7,444.82

**3.150** Nonpriority creditor's name and mailing address
**Superior Striping**
14021 Basalt Street NW
Ramsey, MN 55303

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$2,795.50

**3.151** Nonpriority creditor's name and mailing address
**Ted's Services**
14327 Chisago Blvd
Lindstrom, MN 55045

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$500.00

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Midwest Asphalt Corporation**                                    Case number (if known)    **17-40075**
                Name

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,397.20 |
|---|---|---|---|

**Tennis Court Doctor**
**12005 3rd Avenue North**
**Minneapolis, MN 55441**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,836.40 |
|---|---|---|---|

**The Jamar Company**
**4701 Mke Colalillo Drive**
**Duluth, MN 55807**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $96.00 |
|---|---|---|---|

**The Mulch Store**
**4250 Creekview Circle #201**
**Excelsior, MN 55331**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,800,000.00 |
|---|---|---|---|

**Tiller Corporation**
**7200 Hemlock Lane, Ste 200**
**Osseo, MN 55311**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Steven Sauer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,971.25 |
|---|---|---|---|

**Toll Gas & Welding Supply**
**3005 Niagara Lane North**
**Plymouth, MN 55447**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $112,183.92 |
|---|---|---|---|

**Twin City Outdoor Services**
**14430 21st Avenue N**
**Plymouth, MN 55447**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,567.00 |
|---|---|---|---|

**Twin City Outdoor Services-Subcontracts**
**14430 21st Avenue N**
**Plymouth, MN 55447**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Midwest Asphalt Corporation** | Case number (if known) | **17-40075** |
|---|---|---|---|
| | Name | | |

---

**3.159** Nonpriority creditor's name and mailing address

**Twin City Wire**
**3350 Dodd Road**
**Saint Paul, MN 55121**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$5,855.00**

---

**3.160** Nonpriority creditor's name and mailing address

**Ultra Concrete**
**PO Box 664**
**Cokato, MN 55321**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,500.00**

---

**3.161** Nonpriority creditor's name and mailing address

**Union Leasing Inc**
**PO Box 75850**
**Chicago, IL 60675**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$62,380.15**

---

**3.162** Nonpriority creditor's name and mailing address

**United Rentals**
**PO Box 840514**
**Dallas, TX 75284-0514**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$687.83**

---

**3.163** Nonpriority creditor's name and mailing address

**Valley Paving**
**8800 13Tth Ave East**
**Shakopee, MN 55379**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,700.00**

---

**3.164** Nonpriority creditor's name and mailing address

**Venture Hydraulics, Inc**
**3100 Park Drive**
**Owatonna, MN 55060**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$3,534.90**

---

**3.165** Nonpriority creditor's name and mailing address

**Volvo Financial Services**
**PO Box 7247-0236**
**Philadelphia, PA 19170-0236**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$5,174.02**

---

| Debtor | **Midwest Asphalt Corporation** | Case number (if known) | **17-40075** |
|---|---|---|---|
| | Name | | |

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,771.24 |
|---|---|---|---|

**Warning Lites of MN Inc**
4700 Lyndale Ave N
Minneapolis, MN 55426

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $46,178.87 |
|---|---|---|---|

**WD Larson/Allstate Peterbuilt**
500 Ford Road
Minneapolis, MN 55427

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $321.55 |
|---|---|---|---|

**Wellens Agronomics, LLC**
5845 Mt. Carmel Rd
Carver, MN 55315

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,007.41 |
|---|---|---|---|

**Wheelco Truck & Trailer Parts**
4904 W 12th Street
Sioux Falls, SD 57107-0596

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $422.00 |
|---|---|---|---|

**Winter Northern Lights Motel, LLC**
5202 N State Rd 70
Winter, WI 54896

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $74,017.28 |
|---|---|---|---|

**WM Mueller & Sons, Inc.**
PO Box 247
Hamburg, MN 55339-0247

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $731.38 |
|---|---|---|---|

**Zack's Inc**
17182 Adelmann St. SE #300
Prior Lake, MN 55372

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **Midwest Asphalt Corporation** | Case number (if known) | **17-40075** |
|---|---|---|---|
| | Name | | |

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $266.25 |
|---|---|---|---|

**Zahl-Petroleum Maint. Co**
**3101 Spring St NE**
**Minneapolis, MN 55413**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,280.41 |
|---|---|---|---|

**Zarnoth Brush Works Inc**
**PO Box 141**
**Chilton, WI 53014-0141**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $111,384.18 |
|---|---|---|---|

**Ziegler Inc**
**PO Box 86, SDS 12-0436**
**Minneapolis, MN 55420**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**   List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:**   Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | | 11,229,017.00 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 11,229,017.00 |

**Fill in this information to identify the case:**

Debtor name　**Midwest Asphalt Corporation**

United States Bankruptcy Court for the:　DISTRICT OF MINNESOTA

Case number (if known)　**17-40075**

■ Check if this is an
amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases　AMENDED　　12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.　**Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.

■ Yes. Fill in all of the information below even if the contacts or leases are listed on *Schedule A/B: Assets - Real and Personal*　*Property*
(Official Form 206A/B).

**2. List all contracts and unexpired leases**　　　State the name and mailing address for all other parties with
whom the debtor has an executory contract or unexpired
lease

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Computer Printers** | |
|---|---|---|---|
| | State the term remaining | | **Advanced Imaging Services** |
| | List the contract number of any government contract | | **6121 Baker Road** |
| | | | **Eden Prairie, MN 55346** |

| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Agreement/Sand and Gravel** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Ashbury, L.P.  Lakeville** |

| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **2016 Volvo VNL780** | |
|---|---|---|---|
| | State the term remaining | | **Bank of the West** |
| | List the contract number of any government contract | | **Attn:  Eric Faso** |
| | | | **P.O. Box 7247-0236** |
| | | | **Philadelphia, PA 19170-0236** |

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Lease -  $16,920.86   Heavy Equipment Skid Steer Loaders and Construction Equipment   6 Units** | |
|---|---|---|---|
| | State the term remaining | | **Caterpillar Financial** |
| | List the contract number of any government contract | | **Attn:  Karen Elder** |
| | | | **P.O. Box 730669** |
| | | | **Dallas, TX 75373-0669** |

Debtor 1 **Midwest Asphalt Corporation**　　　　　　　　　　　　　　Case number (*if known*) **17-40075**
　　　　　First Name　　　　　Middle Name　　　　Last Name

■ **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**　　　　　　　State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Agreement/Lease** |
| | State the term remaining | |
| | List the contract number of any government contract | **Elk River, LLC** |

| | | |
|---|---|---|
| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Lease - 1,865.15 Chevy Trucks** |
| | State the term remaining | **Enterprise Fleet Management Attn: Dawn Berdeaux P.O. Box 800089 Kansas City, MO 64180-0089** |
| | List the contract number of any government contract | |

| | | |
|---|---|---|
| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **$1,000 per month** |
| | State the term remaining | **90 Day Notice** |
| | List the contract number of any government contract | **Favorite Services, Inc. 6280 Industrial Drive Eden Prairie, MN 55346** |

| | | |
|---|---|---|
| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Agreement/Recycle Yard** |
| | State the term remaining | |
| | List the contract number of any government contract | **GL Contracting** |

| | | |
|---|---|---|
| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **1,700.00 per month** |
| | State the term remaining | **Expired; currently negotiating a new Lease** |
| | List the contract number of any government contract | **Jack McClard and Associates 6340 Industrial Drive Eden Prairie, MN 55346** |

| | | |
|---|---|---|
| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **2,041.00 per month** |
| | State the term remaining | **June 1, 2016 to May 31, 2018** |
| | | **JK Build by Design Constr. 6350 Industrial Drive Eden Prairie, MN 55346** |

| Debtor 1 | **Midwest Asphalt Corporation** | | | Case number *(if known)* | **17-40075** |
| --- | --- | --- | --- | --- | --- |
| | First Name | Middle Name | Last Name | | |

**Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
| --- | --- | --- |
| | List the contract number of any government contract | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Leases $10,020.11 2016 Excavator and 2016 Wheel Loader** |
| --- | --- | --- |
| | State the term remaining | **Komatsu Financial** |
| | List the contract number of any government contract | **Attn: Jack Norris P.O. Box 99303 Chicago, IL 60693** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Travelers - Crime** |
| --- | --- | --- |
| | State the term remaining | **Kraus Anderson** |
| | List the contract number of any government contract | **Attn: Matt Hislop 420 Gateway Boulevard Burnsville, MN 55337** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **AIG - Contractors Pollution** |
| --- | --- | --- |
| | State the term remaining | **Kraus Anderson Ins.** |
| | List the contract number of any government contract | **Attn: Matt Hislop 420 Gateway Boulevard Burnsville, MN 55337** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Charter Oak - Commercial Package** |
| --- | --- | --- |
| | State the term remaining | **Kraus Anderson Insurance** |
| | List the contract number of any government contract | **Attn: Mr. Matt Hislop 420 Gateway Boulevard Burnsville, MN 55337-2790** |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **The Builders Group - Workers Comp MN** |
| --- | --- | --- |
| | State the term remaining | **Kraus Anderson Insurance** |
| | List the contract number of any government contract | **Attn: Matt Hislop 420 Gateway Boulevard Burnsville, MN 55337** |

Official Form 206G      Schedule G: Executory Contracts and Unexpired Leases      Page 3 of 6

| Debtor 1 | **Midwest Asphalt Corporation** | | Case number (*if known*) | **17-40075** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

**Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**      State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Zurich American - Commercial General Liability and Work Comp (all states)** | |
|---|---|---|---|
| | State the term remaining | | Kraus Anderson Insurance |
| | List the contract number of any government contract | | Attn:  Matt Hislop<br>420 Gateway Boulevard<br>Burnsville, MN 55337 |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Navigators - Excess Liability** | |
|---|---|---|---|
| | State the term remaining | | Kraus Anderson Insurance |
| | List the contract number of any government contract | | Attn: Matt Hislop<br>420 Gateway Boulevard<br>Burnsville, MN 55337 |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Scottsdale Indeminity - Management Liability** | |
|---|---|---|---|
| | State the term remaining | | Kraus Anderson Insurance |
| | List the contract number of any government contract | | Attn:  Matt Hislop<br>420 Gateway Boulevard<br>Burnsville, MN 55337 |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Lease  $12,920.41 Crusher** | |
|---|---|---|---|
| | State the term remaining | | Krause Anderson Capital |
| | List the contract number of any government contract | | Attn:  Don Knudsen<br>523 S. 8th Street, #523<br>Minneapolis, MN 55404 |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Lease  $227.95 Postage Meter Rental** | |
|---|---|---|---|
| | State the term remaining | | MailFinance |
| | List the contract number of any government contract | | Attn: Accounting<br>P.O. Box 123682, Dept 3682<br>Dallas, TX 75312-3682 |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | Pre-Paid Royalty, Sand and Gravel | |
|---|---|---|---|
| | State the term remaining | | MAR Farms |
| | List the contract number of any | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor 1  **Midwest Asphalt Corporation**                                    Case number *(if known)*  **17-40075**
_____  First Name    Middle Name    Last Name

**Additional Page if You Have More Contracts or Leases**

2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

government contract

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **1,200.00 per month** |
|---|---|---|
| | State the term remaining | **August 1, 2016 to July 31, 2018** | **New to You, LLC.** **Suite C** **6331 Industrial Drive** **Eden Prairie, MN 55346** |
| | List the contract number of any government contract | | |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Surety  - Granite RE** |
|---|---|---|
| | State the term remaining | | **Pate Bonding** **Attn: Jon Pate** |
| | List the contract number of any government contract | | |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **3,000.00 per month** |
|---|---|---|
| | State the term remaining | **January 1, 2017 through December 31, 2020** | **PAWS LLC** **Suite 100** **6340 Industrial Drive** **Eden Prairie, MN 55346** |
| | List the contract number of any government contract | | |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **90 Day Notice** **Month to Month at** **1.279.87** |
|---|---|---|
| | State the term remaining | | **Precision Models, Inc.** **6280 Industrial Drive** **Eden Prairie, MN 55346** |
| | List the contract number of any government contract | | |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of Land** |
|---|---|---|
| | State the term remaining | | **Ries Farms** |
| | List the contract number of any government contract | | |

Debtor 1  **Midwest Asphalt Corporation**                     Case number (*if known*)  **17-40075**
⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
First Name    Middle Name    Last Name

**Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**          State the name and mailing address for all other parties with
                                                        whom the debtor has an executory contract or unexpired
                                                        lease

| | | |
|---|---|---|
| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Leases $30,227.72 28 Units Heavy/Medium Duty Trucks** |
| | State the term remaining | **Union Leasing, Inc.** |
| | List the contract number of any government contract | **Attn:  Kim Elton** <br> **P.O. Box 75850** <br> **Chicago, IL 60675** |
| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Lease $991.24  Phone Equipment** |
| | State the term remaining | **Wells Fargo Financial** |
| | List the contract number of any government contract | **P.O. Box 650016** <br> **Dallas, TX 75265-0016** |
| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Lease  $487.26  Cadd Copier** |
| | State the term remaining | **Wells Fargo Leasing - Ricoh** |
| | List the contract number of any government contract | **Attn:  Tony Moen** <br> **P. O. Box 10306** <br> **Des Moines, IA 50306-0306** |

**Fill in this information to identify the case:**

Debtor name    **Midwest Asphalt Corporation**

United States Bankruptcy Court for the:    DISTRICT OF MINNESOTA

Case number (if known)    **17-40075**

■ Check if this is an amended filing

Official Form 206H
## Schedule H: Your Codebtors    AMENDED      12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: **Codebtor**      Column 2: **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | Blaine Johnson | 39435 Tree Line Drive<br>Lady Lake, FL 32159 | Callidus Capital Corporation | ■ D   **2.4**<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | Blair Bury | P.O. Box 5477<br>Hopkins, MN 55343 | Callidus Capital Corporation | ■ D   **2.4**<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | Blair Bury | P.O. Box 5477<br>Hopkins, MN 55343 | Tiller Corporation | ☐ D _____<br>■ E/F   **3.155**<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name   **Midwest Asphalt Corporation**

United States Bankruptcy Court for the:   DISTRICT OF MINNESOTA

Case number (if known)   **17-40075**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases   AMENDED      12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*  *Property*
    (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest       **Computer Printers**  State the term remaining  List the contract number of any government contract | **Advanced Imaging Services**<br>**6121 Baker Road**<br>**Eden Prairie, MN 55346** |
| 2.2.  State what the contract or lease is for and the nature of the debtor's interest       **Royalty Agreement/Sand and Gravel**  State the term remaining  List the contract number of any government contract | **Ashbury, L.P.  Lakeville** |
| 2.3.  State what the contract or lease is for and the nature of the debtor's interest       **2016 Volvo VNL780**  State the term remaining  List the contract number of any government contract | **Bank of the West**<br>**Attn:  Eric Faso**<br>**P.O. Box 7247-0236**<br>**Philadelphia, PA 19170-0236** |
| 2.4.  State what the contract or lease is for and the nature of the debtor's interest       **Lease -  $16,920.86**<br>  **Heavy Equipment Skid**<br>**Steer Loaders and**<br>**Construction**<br>**Equipment**<br>  **6 Units**  State the term remaining  List the contract number of any government contract | **Caterpillar Financial**<br>**Attn:  Karen Elder**<br>**P.O. Box 730669**<br>**Dallas, TX 75373-0669** |

Debtor 1   **Midwest Asphalt Corporation**
_____
First Name          Middle Name          Last Name

Case number *(if known)*    **17-40075**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Agreement/Lease** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Elk River, LLC** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Lease - 1,865.15 Chevy Trucks** | |
|---|---|---|---|
| | State the term remaining | | **Enterprise Fleet Management Attn: Dawn Berdeaux P.O. Box 800089 Kansas City, MO 64180-0089** |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **$1,000 per month** | |
|---|---|---|---|
| | State the term remaining | **90 Day Notice** | |
| | List the contract number of any government contract | | **Favorite Services, Inc. 6280 Industrial Drive Eden Prairie, MN 55346** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Agreement/Recycle Yard** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **GL Contracting** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **1,700.00 per month** | |
|---|---|---|---|
| | State the term remaining | **Expired; currently negotiating a new Lease** | |
| | List the contract number of any government contract | | **Jack McClard and Associates 6340 Industrial Drive Eden Prairie, MN 55346** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **2,041.00 per month** | |
|---|---|---|---|
| | State the term remaining | **June 1, 2016 to May 31, 2018** | **JK Build by Design Constr. 6350 Industrial Drive Eden Prairie, MN 55346** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **Midwest Asphalt Corporation** | | | Case number *(if known)* | **17-40075** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract _____ | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Leases $10,020.11 2016 Excavator and 2016 Wheel Loader** |
|---|---|---|
| | State the term remaining | **Komatsu Financial Attn: Jack Norris P.O. Box 99303 Chicago, IL 60693** |
| | List the contract number of any government contract _____ | |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Travelers - Crime** |
|---|---|---|
| | State the term remaining | **Kraus Anderson Attn: Matt Hislop 420 Gateway Boulevard Burnsville, MN 55337** |
| | List the contract number of any government contract _____ | |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **AIG - Contractors Pollution** |
|---|---|---|
| | State the term remaining | **Kraus Anderson Ins. Attn: Matt Hislop 420 Gateway Boulevard Burnsville, MN 55337** |
| | List the contract number of any government contract _____ | |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Charter Oak - Commercial Package** |
|---|---|---|
| | State the term remaining | **Kraus Anderson Insurance Attn: Mr. Matt Hislop 420 Gateway Boulevard Burnsville, MN 55337-2790** |
| | List the contract number of any government contract _____ | |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **The Builders Group - Workers Comp MN** |
|---|---|---|
| | State the term remaining | **Kraus Anderson Insurance Attn: Matt Hislop 420 Gateway Boulevard Burnsville, MN 55337** |
| | List the contract number of any government contract _____ | |

| Debtor 1 | **Midwest Asphalt Corporation** | | Case number *(if known)* | **17-40075** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Zurich American - Commercial General Liability and Work Comp (all states)** | |
|---|---|---|---|
| | State the term remaining | | **Kraus Anderson Insurance** |
| | List the contract number of any government contract | | **Attn:  Matt Hislop 420 Gateway Boulevard Burnsville, MN 55337** |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Navigators - Excess Liability** | |
|---|---|---|---|
| | State the term remaining | | **Kraus Anderson Insurance** |
| | List the contract number of any government contract | | **Attn: Matt Hislop 420 Gateway Boulevard Burnsville, MN 55337** |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Scottsdale Indeminity - Management Liability** | |
|---|---|---|---|
| | State the term remaining | | **Kraus Anderson Insurance** |
| | List the contract number of any government contract | | **Attn:  Matt Hislop 420 Gateway Boulevard Burnsville, MN 55337** |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Lease  $12,920.41 Crusher** | |
|---|---|---|---|
| | State the term remaining | | **Krause Anderson Capital** |
| | List the contract number of any government contract | | **Attn:  Don Knudsen 523 S. 8th Street, #523 Minneapolis, MN 55404** |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Lease  $227.95 Postage Meter Rental** | |
|---|---|---|---|
| | State the term remaining | | **MailFinance** |
| | List the contract number of any government contract | | **Attn: Accounting P.O. Box 123682, Dept 3682 Dallas, TX 75312-3682** |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Pre-Paid Royalty, Sand and Gravel** | |
|---|---|---|---|
| | State the term remaining | | **MAR Farms** |
| | List the contract number of any | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1    **Midwest Asphalt Corporation**                                                    Case number (*if known*)    **17-40075**
　　　　　　First Name          Middle Name          Last Name

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **1,200.00 per month** | |
|---|---|---|---|
| | State the term remaining | **August 1, 2016 to July 31, 2018** | **New to You, LLC.** **Suite C** **6331 Industrial Drive** **Eden Prairie, MN 55346** |
| | List the contract number of any government contract | | |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Surety  - Granite RE** | |
|---|---|---|---|
| | State the term remaining | | **Pate Bonding** **Attn: Jon Pate** |
| | List the contract number of any government contract | | |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **3,000.00 per month** | |
|---|---|---|---|
| | State the term remaining | **January 1, 2017 through December 31, 2020** | **PAWS LLC** **Suite 100** **6340 Industrial Drive** **Eden Prairie, MN 55346** |
| | List the contract number of any government contract | | |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **90 Day Notice** **Month to Month at 1.279.87** | |
|---|---|---|---|
| | State the term remaining | | **Precision Models, Inc.** **6280 Industrial Drive** **Eden Prairie, MN 55346** |
| | List the contract number of any government contract | | |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of Land** | |
|---|---|---|---|
| | State the term remaining | | **Ries Farms** |
| | List the contract number of any government contract | | |

| Debtor 1 | **Midwest Asphalt Corporation** | | Case number *(if known)* | **17-40075** |
| | First Name        Middle Name        Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Leases $30,227.72 28 Units Heavy/Medium Duty Trucks** | |
| | State the term remaining | | **Union Leasing, Inc. Attn:  Kim Elton P.O. Box 75850 Chicago, IL 60675** |
| | List the contract number of any government contract | | |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Lease $991.24  Phone Equipment** | |
| | State the term remaining | | **Wells Fargo Financial P.O. Box 650016 Dallas, TX 75265-0016** |
| | List the contract number of any government contract | | |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Lease  $487.26  Cadd Copier** | |
| | State the term remaining | | **Wells Fargo Leasing - Ricoh Attn:  Tony Moen P. O. Box 10306 Des Moines, IA 50306-0306** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **Midwest Asphalt Corporation**

United States Bankruptcy Court for the:  DISTRICT OF MINNESOTA

Case number (if known)  **17-40075**

☐ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors    AMENDED

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | | Column 2: **Creditor** | |
|---|---|---|---|---|
| **Name** | **Mailing Address** | | **Name** | *Check all schedules that apply:* |
| 2.1  **Blaine Johnson** | **39435 Tree Line Drive**<br>**Lady Lake, FL 32159** | | **Callidus Capital Corporation** | ■ D ___2.4___<br>☐ E/F _____<br>☐ G _____ |
| 2.2  **Blair Bury** | **P.O. Box 5477**<br>**Hopkins, MN 55343** | | **Callidus Capital Corporation** | ■ D ___2.4___<br>☐ E/F _____<br>☐ G _____ |
| 2.3  **Blair Bury** | **P.O. Box 5477**<br>**Hopkins, MN 55343** | | **Tiller Corporation** | ☐ D _____<br>■ E/F ___3.155___<br>☐ G _____ |